United States District Court
Southern District of Texas
**ENTERED**
March 29, 2019
David J. Bradley, Clerk

# UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **WESTERN-SOUTHERN LIFE ASSURANCE COMPANY** | : | Case No. 4:18-cv-03579 |
| | : | |
| **Plaintiff,** | : | Judge Keith P. Ellison |
| | : | |
| vs. | : | |
| | : | |
| **ANNIE M. GARRETT,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

## AGREED ORDER FOR (1) LEAVE TO DEPOSIT FUNDS WITH THE COURT; (2) REASONABLE COSTS AND FEES; AND (3) DISMISSAL WITH PREJUDICE

By agreement of the parties to this interpleader action, Plaintiff Western-Southern Life Assurance Company ("WSLAC") and Defendants Annie M. Garrett and Diane St. Yves in her capacity as executrix of the estate of Roy Dean Jackson, the undersigned parties request this agreed order for (1) leave to deposit funds with the Clerk of Courts of the United States District Court for the Southern District of Texas; (2) the award of reasonable costs and fees to WSLAC for bringing this interpleader action; and (3) dismissal with prejudice of WSLAC. The parties bring this agreed order in the interest of minimizing expense and preserving the value of the proceeds of the annuity at issue in this action.

The Court, for good cause shown, hereby orders that Plaintiff WSLAC liquidate the Individual Fixed Annuity policy number W 0021612509 issued to Roy Dean Jackson (the "Annuity") and pay to the Clerk of Courts of the United States District Court for the Southern District of Texas the total sum of $1,108,682.49, which represents the surrender value, including accrued interest, of the Annuity as of March 22, 2019, minus the total of the fees and costs

incurred by WSLAC through March 21, 2019 in bringing this interpleader action ($13,882.05). The Clerk of Courts of the Southern District of Texas shall hold such funds as custodian and shall not release the funds without a further Order of the United States District Court for the Southern District of Texas.

Upon payment of the Annuity proceeds and interest as required herein (less the fees and costs as specified in this Order), WSLAC shall have fully discharged its obligations under the Annuity and shall be dismissed with prejudice from this action.  Further, Defendants Annie M. Garrett and Diane St. Yves as executrix of the estate of Roy Dean Jackson, the estate of Roy Dean Jackson, and anyone else receiving notice of this order shall be enjoined and restrained from instituting or prosecuting any action in state or federal court or elsewhere against WSLAC related to the Annuity or the proceeds thereof.

SO ORDERED.

Date: _March 28, 2019_

_____

Judge Keith P. Ellison