Case 4:18-cv-03579   Document 19   Filed on 02/26/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-3579 |
| ANNIE GARRETT, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is a Motion to Withdraw Funds from the Registry of the Court by movant Geoffrey C. Sansom, in his capacity as Successor Temporary Administrator Pending Contest of the Estate of Roy Dean Jackson, Deceased (the "Movant"). (Doc. No. 18).

The Clerk is ORDERED to release the funds held in this cause to Geoffrey C. Sansom, Successor Temporary Administrator Pending Contest of the Estate of Roy Dean Jackson, Deceased, from the Registry of the Court in the total amount of $1,095,595.66, plus accrued interest minus costs and fees incurred by Western-Southern Life Assurance Company, payable to The Estate of Roy Dean Jackson, Deceased, at 2905 Sackett St., Houston, TX 77098.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 26th day of February, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

